FILED

06/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0433

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0433

_____

IN THE PARENTING OF:

T.J.E.,

     A Minor Child,

RACHEL RENE ERICKSON,

        Petitioner and Appellant,

  and

TRAVIS JOHN ERICKSON,

        Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Rachel Rene Erickson, Travis John Erickson, and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 23 2021